1 MATTHEW B. PAVONE, Esq. (SBN 95964)
Attorney at Law
2 Courtyard Square
750 Grant Avenue, Suite 250
3 Novato, California 94945-7003
Telephone: (415) 209-9610
4 Facsimile: (415) 892-0337

5 Attorney for Defendant
RAUL ERIC ELIAS
6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

12
| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-00103 RS |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER DIRECTING RETURN OF DEFENDANT ELIAS' PASSPORT |
| v. | ) |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | ) |
| Defendants. | ) |

19     It appearing that Defendant Elias entered into an Agreement for Pre-Trial Diversion with the
20 United States on January 5, 2015, and it further appearing that all criminal proceedings against
21 Defendant Raul Eric Elias were stayed by this Court until July 21, 2015, pending an evaluation and
22 approval by Pretrial Services of Defendant Elias for pre-trial diversion and his entry into the pre-trial
23 diversion program, and it further appearing that Defendant Elias' Pretrial Services Officer and the
24 United States Attorney's Office have no objection to Defendant Elias' United States passport being
25 returned to him on the condition that he obtain the approval of Pretrial Services for any travel outside of
26 the United States prior to the end of his diversion term,
27 ///
28

                                                     1

IT IS HEREBY STIPULATED by and between the United States and Defendant Elias that Defendant Elias' United States passport be returned to him on the condition that he obtain the approval of Pretrial Services for any travel outside of the United States prior to the end of his diversion term.

DATED: March 4, 2015.                               Respectfully submitted,

/s/ *Matthew B. Pavone*
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias


MELINDA HAAG
United States Attorney

/s/ *Matthew B. Pavone* **
for JOHN HEMANN
Assistant United States Attorney

** With authorization

### ORDER

Based on the stipulation of the parties above, and good cause otherwise being present, IT IS HEREBY ORDERED THAT the United States passport of defendant Raul Eric Elias be returned to him by the United States Pretrial Services Department. IT IS FURTHER HEREBY ORDERED THAT Defendant Elias be allowed to travel outside of the United States if authorized to do so by Pretrial Services or by this Court.

IT IS SO ORDERED.

DATED: 3/6/15

RICHARD SEEBORG
United States District Judge