MATTHEW B. PAVONE, Esq. (SBN 95964)
Attorney at Law
Courtyard Square
750 Grant Avenue, Suite 250
Novato, California 94945-7003
Telephone: (415) 209-9610
Facsimile:  (415) 892-0337

Attorney for Defendant
RAUL ERIC ELIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RAUL ERIC ELIAS,<br><br>　　　Defendant. | NO. CR-14-00103 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Title 18, United States Code, Section 3161(h)(2) |

　　Defendant Raul Eric Elias entered into an Agreement for Pre-Trial Diversion ("Agreement") with the United States on January 5, 2015, and all criminal proceedings against Defendant Elias were stayed by this Court, initially, until July 21, 2015, pending Defendant Elias' completion of the pre-trial diversion term. The Agreement was approved by the Court.

　　The parties are scheduled to appear before the Court on July 21, 2015, for Status Conference. The parties stipulate and request that the Court postpone the Status Conference until September 22, 2015. The parties further stipulate and request that the Court exclude time under the Speedy Trial Act between July 21, 2015 and September 22, 2015. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because prosecution of Defendant Elias "is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct." 18 U.S.C. §

3161(h)(2). Such a continuance is required because the administrative investigation into the actions of Defendant Elias being conducted by the San Francisco Police Department is continuing. It is believed by the parties that this continuance will allow sufficient time for the administrative investigation to conclude as to Defendant Elias, setting the stage for the dismissal of the charges against Defendant Elias, and the termination of his pretrial diversion under the terms of the Agreement. As such, the parties respectfully request that the time between July 21, 2015 and September 22, 2015, be excluded under Title 18, U.S.C., § 3161(h)(2).

DATED: July 20, 2015

Respectfully submitted,

/s/
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

MELINDA HAAG
United States Attorney

/s/
JOHN HEMANN, Esq.
Assistant United States Attorney

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court HEREBY ORDERS that the Status Conference presently scheduled for July 21, 2015, is postponed to Tuesday, September 22, 2015, at 2:30 P.M., in Courtroom 3, 17th Floor. The Court also FINDS that an exclusion of time is warranted under the Speedy Trial Act, pursuant to Title 18, U.S.C., §§ 3161(h)(2), because prosecution of Defendant Raul Eric Elias is deferred. Based on this finding, IT IS HEREBY ORDERED THAT time is excluded under the Speedy Trial Act until September 22, 2015.

IT IS SO ORDERED.

DATED: 7/21/15

RICHARD SEEBORG
United States District Judge