MATTHEW B. PAVONE, Esq. (SBN 95964)
Attorney at Law
Courtyard Square
750 Grant Avenue, Suite 250
Novato, California 94945-7003
Telephone: (415) 209-9610
Facsimile:   (415) 892-0337

Attorney for Defendant
RAUL ERIC ELIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS,<br><br>Defendants. | NO. CR-14-00103 RS<br><br>STIPULATION AND [PROPOSED] ORDER AUTHORIZING LIMITED DISCLOSURE OF CERTAIN DOCUMENTS SUBJECT TO PROTECTIVE ORDER |

It appearing that Defendant Elias ("Elias") and his counsel, Matthew B. Pavone, entered into a Stipulated Interim Protective Order ("Protective Order") in the above-captioned action ("Action")(Docket Document 11); and

It appearing further that the Protective Order allows for the parties to it to apply to the Court for relief from or modification of the Protective Order; and

It appearing further that Elias is now defending himself against disciplinary charges pending before The Police Commission for the City and County of San Francisco ("Commission") in its matter number ALW IAD 2011-0037; and

It appearing further that Elias and his counsel seek to use limited portions of certain records subject to the Protective Order as part of Elias' defense in the Commission matter; and

1

USA v. ELIAS, CASE NO. CR 14-00103 RS
STIPULATION AND [PROPOSED] ORDER AUTHORIZING LIMITED DISCLOSURE OF CERTAIN DOCUMENTS SUBJECT TO PROTECTIVE ORDER

It appearing further that the records to be used have been redacted, where appropriate, to mask all "personal and private information of Defendants and third parties"-the basis for the Protective Order, or such third parties have consented to the disclosure; and

It appearing further that disclosure will be made only to the Commissioners on the Commission who are participating in the matter involving Officer Elias, the Chief of Police for San Francisco, counsel for the San Francisco Police Department, and the attorneys representing the other two police officers accused in the Commission matter; and

It appearing further that the Commission proceedings in its matter are closed to the public;

IT IS HEREBY STIPULATED by and between the United States and Elias that counsel for Elias shall be authorized to disclose the following records, otherwise subject to the Protective Order, in the format reflected on the copies provided to counsel for the United States, and with the production of the exhibits containing the records marked "Confidential":

**Bates Numbers**: Southern_Int-00472; Southern_GJ-01067, 01070, 01076, 01100-01102, and 01127; US-007855; and Southern_GJ-00830, 00864-00867, 00870-00871, and 00924.

IT IS HEREBY FURTHER STIPULATED that disclosure of the records can be made to the following people as part of defense counsel's presentation in defense of Elias in the proceedings taking place before the Commission:

Police Commissioner L. Julius M. Turman

Police Commissioner Dr. Joe Marshall

Police Commissioner Petra DeJesus

Police Commissioner Thomas Mazzucco

Police Commissioner Victor Hwang

Police Commissioner Sonia Melara

San Francisco Chief of Police Gregory P. Suhr

Counsel to the San Francisco Police Department, Ashley Worsham, Esq.

Counsel for Defendant and Commission Co-Accused Richard Yick, Peter A. Furst, Esq.

*USA v. ELIAS, CASE NO. CR 14-00103 RS*
STIPULATION AND [PROPOSED] ORDER AUTHORIZING LIMITED DISCLOSURE OF CERTAIN DOCUMENTS SUBJECT TO PROTECTIVE ORDER

Counsel for Commission Co-Accused Raymond Kane, William R. Rapoport, Esq.

IT IS SO STIPULATED.

DATED: May 19, 2016.

Respectfully submitted,

MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

BRIAN STRETCH
United States Attorney

/s/
JOHN H. HEMANN
Assistant United States Attorney

### ORDER

Based on the stipulation of the parties above, and good cause otherwise being present, IT IS HEREBY ORDERED THAT counsel for Elias, Matthew B. Pavone, is authorized to disclose the following records, otherwise subject to the Protective Order issued by the Court in this Action, in the format reflected on the copies provided to counsel for the United States, and with the production of the exhibits containing the records marked "Confidential":

**Bates Numbers:** Southern_Int-00472; Southern_GJ-01067, 01070, 01076, 01100-01102, and 01127; US-007855; and Southern_GJ-00830, 00864-00867, 00870-00871, and 00924.

IT IS HEREBY FURTHER ORDERED that disclosure is authorized to be made to the following people as part of defense counsel's presentation in defense of Elias in the proceedings taking place before The Police Commission for the City and County of San Francisco in its matter number ALW IAD 2011-0037:

3

*USA v. ELIAS, CASE NO. CR 14-00103 RS*
STIPULATION AND [PROPOSED] ORDER AUTHORIZING LIMITED DISCLOSURE OF CERTAIN DOCUMENTS SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| 1 | Police Commissioner L. Julius M. Turman |
| 2 | Police Commissioner Dr. Joe Marshall |
| 3 | Police Commissioner Petra DeJesus |
| 4 | Police Commissioner Thomas Mazzucco |
| 5 | Police Commissioner Victor Hwang |
| 6 | Police Commissioner Sonia Melara |
| 7 | San Francisco Chief of Police Gregory P. Suhr |
| 8 | Counsel to the San Francisco Police Department, Ashley Worsham, Esq. |
| 9 | Counsel for Defendant and Commission Accused Richard Yick, Peter A. Furst, Esq. |
| 10 | Counsel for Commission Accused Raymond Kane, William R. Rapoport, Esq. |
| 11 | IT IS SO ORDERED. |

DATED: May 23, 2016

RICHARD SEEBORG
United States District Judge