BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-14-00103 RS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER DISMISSING INDICTMENT AS TO RAUL ERIC ELIAS |
| v. ) | |
| ARSHAD RAZZAK, RICHARD YICK AND ) RAUL ERIC ELIAS, ) | |
| Defendants. ) | |

It appearing that defendant Raul Eric Elias has successfully completed his term of pre-trial diversion pursuant to the Agreement for Pre-Trial Diversion ("Agreement") entered into by and between him and the United States Attorney's Office on January 5, 2015, and that Agreement providing that the prosecution of Defendant Elias for the offenses charged against him in this action would be deferred during the period of his pre-trial diversion,

///

///

///

1
STIPULATION AND [PROPOSED] ORDER DISMISSING INDICTMENT AS TO RAUL ERIC ELIAS
Cr-14-00103 rs

IT IS HEREBY STIPULATED AND AGREED that the Indictment against defendant Raul Eric Elias in this action may be dismissed with prejudice by the Court, and the United States so moves the Court to dismiss the Indictment with prejudice as to defendant Raul Eric Elias.

DATED: July 5, 2016         Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
JOHN H. HEMANN, Esq.
Assistant United States Attorney

_____
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

## ORDER

Based on the reasons provided in the Stipulation of the parties above, and GOOD CAUSE otherwise being present, the Court hereby DISMISSES WITH PREJUDICE the Indictment in this action as to defendant Raul Eric Elias.

IT IS SO ORDERED.

DATED: July 11, 2016

RICHARD SEEBORG
United States District Judge