MATTHEW B. PAVONE, Esq. (SBN 95964)
Attorney at Law
Courtyard Square
750 Grant Avenue, Suite 250
Novato, California 94945-7003
Telephone: (415) 209-9610
Facsimile:   (415) 892-0337

Attorney for Defendant
RAUL ERIC ELIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-14-00103 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING LIMITED DISCLOSURE OF CERTAIN DOCUMENTS SUBJECT TO PROTECTIVE ORDER** |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | |
| Defendants. | |

It appearing that Defendant Elias ("Elias") and his counsel, Matthew B. Pavone, entered into a Stipulated Interim Protective Order ("Protective Order") in the above-captioned action ("Action")(Docket Document 11); and

It appearing further that the Protective Order allows for the parties to it to apply to the Court for relief from or modification of the Protective Order; and

It appearing further that Elias has been or is now being evaluated for a "*Brady*" designation (*Brady v. Maryland* (1963) 373 U.S. 83) by the San Francisco District Attorney's Office and the San Francisco Police Department; and

It appearing further that Elias and his counsel seek to use limited portions of certain records subject to the Protective Order as part of Elias' written submission in these *Brady* proceedings; and

It appearing further that the records to be used have been redacted, where appropriate, to mask

Stip. & [Proposed] Order Auth. Lmtd. Discl. of Certain Docs. Subj. to Prot. Order

Page 1

all "personal and private information of Defendants and third parties"-the basis for the Protective Order, or such third parties have consented to the disclosure; and

It appearing further that disclosure will be made by counsel for Elias only to the attorneys who are representing the San Francisco Police Department and the San Francisco District Attorney's Office for purposes of the *Brady* evaluations involving Elias; and

It appearing further that the *Brady* proceedings in this matter are closed to the public;

IT IS HEREBY STIPULATED by and between the United States and Elias that counsel for Elias shall be authorized to disclose the following records, otherwise subject to the Protective Order, in the format reflected on the copies provided to counsel for the United States, and with the production of the exhibits containing the records marked "Confidential":

**Bates Numbers: Southern_Int-00472; Southern_GJ-01067, 01070, 01076, 01100-01102, and 01127; US-007855; and Southern_GJ-00830, 00864-00867, 00870-00871, and 00924.**

IT IS HEREBY FURTHER STIPULATED that disclosure of the records can be made to the following people as part of defense counsel's submission on behalf of Elias in the *Brady* evaluations taking place within the San Francisco Police Department and the San Francisco District Attorney's Office:

Nina D. Sariaslani, Esq., counsel to the San Francisco Police Department;

Allison G. MacBeth, Esq., Deputy District Attorney, San Francisco District Attorney's Office.

IT IS SO STIPULATED.

DATED: August 22, 2016.

Respectfully submitted,

MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

BRIAN STRETCH
United States Attorney

JOHN HEMANN, Esq.
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties above, and good cause otherwise being present, IT IS HEREBY ORDERED THAT counsel for Elias, Matthew B. Pavone, is authorized to disclose the following records, otherwise subject to the Protective Order issued by the Court in this Action, in the format reflected on the copies provided to counsel for the United States, and with the production of the exhibits containing the records marked "Confidential":

**Bates Numbers**: Southern_Int-00472; Southern_GJ-01067, 01070, 01076, 01100-01102, and 01127; US-007855; and Southern_GJ-00830, 00864-00867, 00870-00871, and 00924.

IT IS HEREBY FURTHER ORDERED that disclosure is authorized to be made to the following people as part of defense counsel's presentation on behalf of Elias in the *"Brady"* proceedings taking place within the San Francisco Police Department and the San Francisco District Attorney's Office:

Nina D. Sariaslani, Esq., Counsel to the San Francisco Police Department;

Allison G. MacBeth, Esq., Deputy District Attorney, San Francisco District Attorney's Office.

IT IS SO ORDERED.

DATED: August 30, 2016

RICHARD SEEBORG
United States District Judge

Stip. & [Proposed] Order Auth. Lmtd. Discl. of Certain Docs. Subj. to Prot. Order

Page 3